**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

---

SHANE LOTT                                    CIVIL ACTION NO. 25-2103

VERSUS                                        JUDGE ALEXANDER C. VAN HOOK

CADDO PARISH CORRECTIONAL
CENTER, ET AL.                                MAGISTRATE JUDGE McCLUSKY

---

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 14, the petitioner's Petition for Writ of Habeas Corpus, Response, and Letter, Record Documents 1, 6, and 13, as well as respondent's Motion to Dismiss for Lack of Jurisdiction, Record Document 11, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that respondent's Motion to Dismiss for Lack of Jurisdiction, Record Document 11, is **GRANTED** and that petitioner Shane Lott's petition is **DISMISSED WITHOUT PREJUDICE** as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court mail petitioner a copy of Document 11-4.

**DONE AND SIGNED** at Shreveport, Louisiana, this 3rd day of June, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE